IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DONALD R. COWAN, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   Case No. CIV-23-880-D ) |
| JOEL TAUBENBLATT, Bureau Chief, Wireless Telecommunications Bureau of the Federal Communications Commission, | ) ) ) ) |
|     Defendant. | ) ) |

## ORDER

Before the Court is Plaintiff Donald R. Cowan's Motion to Dismiss Without Prejudice [Doc. No. 34]. Although styled as a motion, the Court, in construing Mr. Cowan's *pro se* pleadings liberally, treats the filing as a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Therefore, Mr. Cowan's Motion operates as a dismissal of this case without a Court order upon the date of filing. *See Janssen v. Harris*, 321 F.3d 998, 1000 (10th Cir. 2003) (holding that the filing pursuant to Rule 41(a)(1) closes the case, and no action is required on the part of the court); *see also Netwig v. Georgia Pacific Corp.*, 375 F.3d 1009, 1010 (10th Cir. 2004) (holding that a voluntary dismissal was effective on date of Rule 41(a)(1) filing).

**IT IS SO ORDERED** this 30th day of May, 2024.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge